IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

RECEIVED
2006 APR 20 A 9:49

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | CHAPTER 13 |
| EDWARD CHILDS, | ) | |
| | ) | CASE NO.: 00-06028-WRS |
| Debtor. | ) | |

| | | |
|---|---|---|
| CURTIS C. REDING, in his capacity as Chapter 13 Standing Trustee, and SUSAN S. DePAOLA, Trustee, | ) ) ) ) ) | ADVERSARY PROCEEDING NO. |
| Plaintiff, | ) ) | 03-01071 |
| vs. | ) ) | |
| MORRIS BART, P.L.C.; MORRIS BART; GALLAGHER, LEWIS, DOWNEY & KIM a/k/a THE GALLAGHER FIRM; and MICHAEL T. GALLAGHER, jointly and severally, | ) ) ) ) ) ) ) | 2:06mc3295-WHA |
| Defendants. | ) ) | |
| MICHAEL T. GALLAGHER and GALLAGHER, LEWIS, DOWNEY & KIM a/k/a THE GALLAGHER FIRM, | ) ) ) ) | |
| Third Party Plaintiffs, | ) ) ) | |
| vs. | ) ) | |
| THE LAW OFFICES OF BEN C. MARTIN, LLP and BEN C. MARTIN, | ) ) ) | |
| Third Party Defendants. | ) ) ) | |
| MICHAEL T. GALLAGHER and GALLAGHER, LEWIS, DOWNEY & KIM a/k/a THE GALLAGHER FIRM, | ) ) ) | |

2689.13

|  |  |  |
|---|---|---|
|  | COUNTERCLAIMANTS and THIRD PARTY PLAINTIFFS, | ) ) ) ) ) |
| vs. |  | ) ) |
| CURTIS C. REDING, in his capacity as Chapter 13 Standing Trustee, |  | ) ) ) ) |
|  | COUNTERCLAIM DEFENDANT and THIRD PARTY DEFENDANT. | ) ) ) ) ) |

TO: The United States District Court for
     The Middle District of Alabama, Northern Division

<u>APPENDIX TO</u>
<u>GALLAGHER'S MOTION FOR MANDATORY AND PERMISSIVE WITHDRAWAL OF</u>
<u>REFERENCE AND TRANSFER OF ADVERSARY PROCEEDING TO DISTRICT COURT</u>

# INDEX TO APPENDIX

# APPENDIX TO MOTION TO WITHDRAW REFERENCE

| NO. | DESCRIPTION |
|---|---|
| 1 | Gallagher's Brief in Support of Motion for Summary Judgment |
| 2 | Gallagher's Reply Brief in Support of Motion for Summary Judgment |
| 3 | In re Smock, Judge Sawyer, Memorandum Decision, Case No. 01-5533-WRS |
| 4 | Transcript of July 15, 2005 Hearing |
| 5 | Transcript of March 30, 2006 Hearing |
| 6 | Excerpts from Deposition of Morris Bart<br><br>Pages<br><br>97-98<br>168<br>181-185<br>203-204<br>275-276 |
| 7 | Excerpts from Deposition of Pam McLemore<br><br>Pages<br><br>35 |
| 8 | Excertps from Deposition of Michael Gallagher<br><br>Pages<br><br>171 |

3013.1