# APPENDIX 7

```
 1         THE UNITED STATES BANKRUPTCY COURT FOR

 2              THE MIDDLE DISTRICT OF ALABAMA

 3

 4   IN RE:                  CASE NO. 00-06028-WRS

 5   EDWARD CHILDS, Debtor.

 6                          * * * * *

 7   CURTIS C. REDING, in his capacity
     as Chapter 13 Standing Trustee,
 8
              Plaintiff(s)
 9
     VS.                     Adversary No. 03-01071
10
     MORRIS BART, A.P.L.C., etc.,
11
              Defendant(s).
12

13

14

15

                    DEPOSITION TESTIMONY OF:
16
                          PAM McLEMORE
17

18

19

20   June 30, 2005

21   9:40 a.m.

22

23   REPORTED BY:    Virginia P. Corker, CSR
```

TAMI S. GUTHANS COURT REPORTING
118 N. ROYAL STREET, SUITE 603
MOBILE, ALABAMA   36602
(251)432-8703 * (800)437-7784

```
 1  y'all, for the first time, the list of 13
 2  common clients in bankruptcy?
 3          MR. MEMORY:  What's the exhibit
 4  number?
 5          MR. OLEN:  4196.
 6     A.   As I recall, yes.
 7     Q.   And the letter somewhere, or maybe
 8  the list, says there are 13?
 9     A.   That's correct.
10     Q.   All right.  To your knowledge, was
11  this the first list that the Morris Bart law
12  firm ever sent to the Gallagher law firm of
13  their common Fen-Phen clients who were in
14  bankruptcy?
15     A.   To my knowledge, yes.
16     Q.   Was this the first time that you
17  learned that there were some Fen-Phen
18  clients referred to the Gallagher law firm
19  by the Bart law firm who were in bankruptcy?
20     A.   As I recall, this is the first
21  time that I was aware of this.
22     Q.   Were you asked by anyone to do
23  anything with regard to that list of 13
```