# APPENDIX 8

```
                                                                    1

 1    IN THE UNITED STATES BANKRUPTCY COURT FOR

 2         THE MIDDLE DISTRICT OF ALABAMA

 3


 4    IN RE:              CASE NO. 00-06028-WRS

 5    EDWARD CHILDS, Debtor.

 6                    *****

 7    CURTIS C. REDING, in his capacity
      as Chapter 13 Standing Trustee,
 8
                Plaintiff(s)
 9
      VS.              Adversary No. 03-01071
10
      MORRIS BART, A.P.L.C., etc.,
11
                Defendant(s).
12

13

14

15
                DEPOSITION TESTIMONY OF:
16
                    MICHAEL GALLAGHER
17

18

19

20    June 29, 2005

21    9:00 a.m.

22

23    REPORTED BY:   Virginia P. Corker, CSR
```

Gallagher, Michael (deposition)

```
                                                           171
 1   does not show a copy to you?
 2        A.   That's correct.
 3        Q.   And I will submit to you that Ms.
 4   McKinney, when she testified, said she
 5   didn't learn of the existence -- or who
 6   Michael Gallagher was in relation to these
 7   things until closer to the May 2002 letter.
 8        A.   All right, sir.
 9        Q.   Did Lisa Cazaubon, or anybody else
10   at the Bart law firm, tell you they were
11   getting letter after letter from the Chapter
12   13 trustee in Montgomery in connection with
13   the Edward Childs case?
14            MR. MEMORY:  Object to the form.
15        A.   No.
16        Q.   (BY MR. OLEN):  Now what I want to
17   do is look back at the --
18        A.   May 29.
19        Q.   -- May 29 letter, and you can now
20   see that letter appears to be following up
21   on these earlier letters, but no one had
22   ever given you copies of the earlier
23   letters.  Nobody at the Bart law firm had
```

Gallagher, Michael (deposition)