IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

IN RE:                                                                                          CHAPTER 13

EDWARD CHILDS
    Debtor                                                                                CASE NO. 00-06028 WRS

CURTIS C. REDING (TRUSTEE)
    Plaintiff

vs                                                                                                       ADV NO. 03-01071 WRS

Morris Bart, A.P.L.C.; Morris Bart;
Michael T Gallagher; Gallagher, Lewis, Downey & Kim
    Defendants

Susan S. DePaola, Trustee; Michael T Gallagher;
Gallagher, Lewis, Downey & Kim
    3rd Party Plaintiff
vs

The Law Office of Ben C. Martin LLP;
Ben C. Martin; Curtis C. Reding (Trustee)
    3rd Party Defendant

Curtis C. Reding (Trustee)
    Counter-Defendant

Morris Bart;  Morris Bart, A.P.L.C.
    Cross-Claimant

vs

Michael T Gallagher;
Gallagher, Lewis, Downey & Kim
    Cross Defendant

### CLERK'S CERTIFICATE

    I, Yvonne Pelham, Deputy Clerk of the United States Bankruptcy Court for the Middle District of Alabama, do hereby certify that the documents herein comprise the record on motion to withdraw reference :

    1) Motion to withdraw the reference

    In witness Whereof, I have hereunto subscribe my name and affixed the seal of said court at Montgomery in said district on this 20th day of April, 2006.

    RICHARD S. ODA, CLERK
    UNITED STATES BANKRUPTCY COURT

/s Richard S. Oda

Deputy Clerk
Yvonne Pelham
(334) 954-3859

ATTEST I hereby certify that this is a true and correct copy of such original as it appears of record and on file in my office.
Certified this 20th day of April
U. S. BANKRUPTCY COURT
BY: /s Yvonne Pelham
Deputy Clerk