IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) |
| EDWARD CHILDS, | ) |
| | ) |
| Debtor. | ) |

| | | |
|---|---|---|
| CURTIS C. REDING, etc., et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:06mc3295-WHA |
| | ) | |
| MORRIS BART, P.L.C., et al., | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

Upon consideration of Gallagher's Motion for Mandatory and Permissive Withdrawal of Reference and Transfer of Adversary Proceeding to District Court (Doc. #1), filed on April 20, 2006, it is

ORDERED that any party objecting to the Motion for Withdrawal of Reference shall show cause, if any there be, **on or before May 15**, **2006** why the motion should not be granted. The motion will be taken under submission on that day for determination without oral hearing.

DONE this 1st day of May 2006.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE