IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) |
| EDWARD CHILDS, | ) |
| | ) |
| Debtor. | ) |

| | | |
|---|---|---|
| CURTIS C. REDING, etc., et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | CIVIL ACTION NO. 2:06mc3295-WHA |
| | ) | |
| MORRIS BART, P.L.C, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

Upon consideration of the Motion for Stay of Adversary Proceeding and Request for Expedited Relief (Doc. #5), it is hereby

ORDERED that the motion and request are set for hearing on Monday, May 8, 2006, at 10:00 a.m. in District Courtroom 2-C, Frank M. Johnson, Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama.

The parties are DIRECTED to file briefs with the court **no later than 5:00 p.m. on Thursday, May 4, 2006.**

DONE this 1st day of May, 2006.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE