IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) |
| EDWARD S. CHILDS, | ) |
| | ) |
| Debtor. | ) |
| | |
| CURTIS C. REDING, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 2:06mc3295-WHA |
| | ) |
| MORRIS BART, et al., | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

As stated in open court on this day, it is hereby

ORDERED that the Motion for Stay of Adversary Proceedings filed on behalf of Gallagher, Lewis, Downey & Kim, and Michael T. Gallagher, is DENIED. The parties are given **until May 10, 2006**, to file any additional briefs or citation to authorities in regard to Gallagher's Motion for Mandatory and Permissive Withdrawal of Reference and Transfer of Adversary Proceeding to District Court, at which time the motion will be taken under submission for determination without further argument.

DONE this 8th day of May, 2006.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE