IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

W. HAROLD ALBRITTON, SENIOR U. S. DISTRICT JUDGE, PRESIDING, AT MONTGOMERY, AL

DATE COMMENCED:   May 8, 2006          AT:   10:00 a.m.
DATE COMPLETED:   May 8, 2006          AT:   11:15 a.m.

IN RE: EDWARD S. CHILDS,              )
                                     )
              Debtor.                )
                                     )
CURTIS C. REDING, etc.,              )
                                     )
vs.                                  )     Case No. 2:06mc3295-WHA
                                     )
MORRIS BART, A.P.L.C., et al.        )
                                     )

---

APPEARANCES:

**PLAINTIFF**

Steve Olen
Sabrina McKinney

**DEFENDANTS**

David B. Anderson
Ryan Cochran
Deana Weidner
Von Memory
Frank Parker

---

**COURT OFFICIALS PRESENT**

Risa Entrekin, Court Reporter
Chris Puckett, Law Clerk

Elna Behrman, Courtroom Deputy

---

**COURTROOM PROCEEDINGS**

**(x)   MOTION HEARING** on Motion to Stay and Motion to Withdraw Reference

Hearing commences.
Gallagher Defendants argue motions.
Plaintiff responds.
Gallagher Defendants reply.
Court states it will not enter a stay in this case and orally DENIES the Motion to Stay (Doc. #5).
Court will rule on the Motion to Withdraw Reference before the trial date of May 22 set in the
    Bankruptcy court.
Court is adjourned.