## IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF ALABAMA

In Re:

**EDWARD CHILDS,**

     **Debtor.**

_____

**CURTIS C. REDING, in his capacity**
**as Chapter 13 Standing Trustee; and**
**SUSAN DePAOLA, as Trustee for the**
**Estate of Shellwanda Babers; individually**
**and on behalf of all others similarly situated,**

       **Plaintiffs,**

**vs.**                                        **CIVIL ACTION NO. 2:06mc3295-WHA**

**MORRIS BART, A.P.L.C. ; MORRIS BART;**
**GALLAGHER, LEWIS, DOWNEY & KIM;**
**and MICHAEL T. GALLAGHER; jointly**
**and severally,**

       **Defendants.**


### PLAINTIFFS' SUPPLEMENTAL SUBMISSION OF AUTHORITIES
### IN OPPOSITION TO THE GALLAGHER DEFENDANTS'
### MOTION FOR WITHDRAWAL OF REFERENCE

      Plaintiffs file their Supplemental Submission of Authorities in Opposition to the Gallagher

Defendants' Motion for Withdrawal of Reference.  Plaintiffs have submitted to the Court a 3-ring

binder containing highlighted copies of case law authorities, which are located in the 3-ring binder

at the tab numbers which correspond to the numbers listed below:

A.  **COUNTERCLAIM INVOKES BANKRUPTCY COURT'S EQUITABLE (NONJURY) JURISDICTION**

1.  *Bayless v. Crabtree*, 108 B.R. 299 (W.D. Okla. 1989)

2.  *Bayless v. Crabtree*, 930 F.2d 32 (10th Cir. 1991)

3.  *Peachtree Lane Associates, Ltd. v. Granader*, 175 B.R. 232 (N.D. Ill. 1994)

4.  *In re Peachtree Lane Associates, Ltd.*, 150 F.3d 788 (7th Cir. 1998)

5.  *O'Neill v. New England Road, Inc.*, 2000 WL 435507 (D. Conn.)

6.  *In re Southern Textile Knitters, Inc.*, 236 B.R. 207 (Bankr. D.S.C. 1999)

7.  *In re Hudson*, 170 B.R. 868 (E.D. N.C. 1994)

8.  *In re Northeastern Graphic Supply, Inc.*, 2003 WL 22848944 (Bankr. D. Me.)

9.  *Roberds, Inc. v. Palliser Furniture*, 291 B.R. 102 (S.D. Ohio 2003)

10. *In re Glazer*, 248 B.R. 528 (N.D. Ohio 2000)

11. *In re Schwinn Bicycle Co.*, 184 B.R. 945 (N.D. Ill. 1995)

12. *In re Warmus*, 276 B.R. 688 (S.D. Fla. 2002)

13. *In re Mindeco Corp.*, 212 B.R. 447 (E.D. N.Y. 1997)

14. *Segal v. California Energy Development Corp.*, 167 B.R. 667 (D. Utah 1994)

15. *In re Automationsolutions International, Inc.*, 2003 WL 22945651 (Bankr. N.D. Cal.)

16. *In re Larry's Apartment, L.L.C.*, 210 B.R. 469 (D. Ariz. 1997)

17. *In re Pocono Springs Co.*, 1997 WL 695617 (E.D. Pa.)

18. *In re Robin Hood, Inc.*, 192 B.R. 124 (W.D. N.C. 1995)

19. *In re Mobile International Co.*, 258 B.R. 466 (E.D. Okla. 2001)

20. *In re Allied Companies, Inc.*, 137 B.R. 919 (S.D. Ind. 1991)

B.     **UNTIMELINESS**

21.     *In re Sand Hills Beef Corp.*, 199 B.R. 740 (D. Colo. 1996)

22.     *Latimer v. Latimer*, 918 F.2d 136 (10th Cir. 1990)

23.     *In re Securities Group 1980*, 89 B.R. 192 (M.D. Fla. 1988)

24.     *In re H & W Motor Express Co.*, 2006 WL 1192370 (N.D. Iowa)

25.     *In re FMI Forwarding Co., Inc.*, 2005 WL 147298 (S.D. N.Y.)

26.     *In re Giorgio*, 50 B.R. 327 (D.R.I. 1985)

27.     *In re New York Trap Rock Corp.*, 158 B.R. 574 (S.D. N.Y. 1993)

28.     *In re Mahlmann*, 149 B.R. 866 (N.D. Ill. 1993)

29.     *In re Stavriotis*, 111 B.R. 154 (N.D. Ill. 1990)

30.     *In re Baldwin-United Corp.*, 57 B.R. 751 (S.D. Ohio 1985)

Respectfully submitted,


OLEN, NICHOLAS & COPELAND P.C.
Post Office Box 1826
Mobile, Alabama  36633
251-438-6957
Attorneys for Plaintiffs


/s/  Steve Olen
STEVE OLEN  (OLENS7621)

<u>**CERTIFICATE OF SERVICE**</u>

I do hereby certify that I have on this the 10th day of May, 2006, served a copy of the foregoing pleading on all parties listed below by mail, properly addressed, and first class postage prepaid.

Frank L. Parker, Jr.
Alford, Clausen & McDonald, L.L.C.
One St. Louis Centre, Suite 500
Mobile, Alabama  36602

David B. Anderson
Waller, Lansden, Dortch & Davis, PLLC
AmSouth Harbert Plaza
1901 Sixth Avenue North, Suite 1900
Birmingham, Alabama  35203

Von G. Memory
Memory, Day & Azar
Post Office Box 4054
Montgomery, Alabama  36101-4054

/s/  Steve Olen
STEVE OLEN